

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-17-00183-CR &
06-17-00184-CR

MIRANDA RENEA KELSO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 40th District Court
Ellis County, Texas
Trial Court Nos. 41161CR & 41162CR

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Our review of the court reporter's records and the supplemental court reporter's records in these cases indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The reporter's records and the supplemental reporter's records contain the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the reporter's records and the supplemental reporter's records contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal all volumes—including all exhibits—of the electronically filed reporter's records and supplemental reporter's records in these cases. State's Exhibit One, included within the reporter's records, was not electronically filed. This order is specifically intended to encompass that exhibit.

IT IS SO ORDERED.

BY THE COURT

Date:   September 20, 2018